[No. 8889–8–III.   Division Three.   April 7, 1988.]

SAVE THE RIVERFRONT COMMITTEE, ET AL, *Appellants,* v.
THE DEPARTMENT OF TRANSPORTATION, *Respondent.*

Appeal from a judgment of the Superior Court for Douglas County, No. 86–2–00105–8, Charles W. Cone, J., entered March 3, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 18834–8–I.   Division One.   April 11, 1988.]

UTILITY SYSTEMS, INC., *Appellant,* LEONARD R. STANLEY,
*Respondent,* v. HARRY L. CUMMINGS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–17274–1, Shannon Wetherall, J., entered May 15, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 19384–8–I.   Division One.   April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTISS J.
CORKUM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03770–3, Jim Bates, J., entered October 1, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Webster, J.